KELLEY BATTS, BY A. W. CRAWLEY, HIS NEXT FRIEND, v. E. I. DuPONT DE NEMOURS COMPANY AND A. T. FULGHUM.

(Filed 23 March, 1927.)

APPEAL by plaintiff from *Bond, J.,* at October Term, 1926, of WAKE.

*Morris & Parker, Bart M. Gatling and W. F. Evans for plaintiff.*
*Biggs & Broughton for I. E. DuPont de Nemours Company.*

PER CURIAM. The DuPont de Nemours Company filed a petition for the removal of this cause from the Superior Court of Wake County to the United States District Court for the Eastern District of North Carolina for alleged diversity of citizenship, separable controversy, and fraudulent joinder of parties. The petition was allowed, and the plaintiff excepted and appealed. We find no error. Judicial Code, ch. 3; Rose's Fed. Jurisdiction, ch. 13; *R. R. v. Allison,* 190 U. S., 326, 47 Law Ed., 1079; *Van Dyke v. Ins. Co.,* 192 N. C., 206; *Huntley v. Express Co.,* 191 N. C., 696; *Johnson v. Lumber Co.,* 189 N. C., 81.

The judgment is
Affirmed.